DEFENDANT: TRAMMEL THOMAS

DOB:          1979

ADDRESS:

 Phoenix, AZ   85041

COMPLAINT FILED?        _____ YES    X    NO

OFFENSES:

| | |
|---|---|
| **Count 1:** | 18 U.S.C. § 286 – Conspiracy to Defraud the Government with Respect to Claims |
| **Counts 2-7** | 18 U.S.C. § 1341 – Aiding and Abetting Mail Fraud |

LOCATION OF OFFENSES:     El Paso and Denver Counties, Colorado

PENALTIES:

| | |
|---|---|
| **Count 1:** | NMT 10 years imprisonment; a fine of NMT twice the financial gain, or $250,000, whichever is greater; NMT 3 years supervised release; and $100 Special Assessment |
| **Counts 2-7** | NMT 20 years of imprisonment; a fine of NMT twice the financial gain, or $250,000, whichever is greater; NMT 3 years of supervised release; restitution; $100 special assessment fee for each count. |
| AGENT: | Department of Education, Office of Inspector General Special Agent Sandra Ennis |

AUTHORIZED BY:  Martha A. Paluch, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:
_____ five days or less
__ X __ over five days
_____ other

THE GOVERNMENT
_____ will seek detention in this case

   __ X __  will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

<u>OCDETF CASE:</u>   _____   Yes   __ X __ No