CLOSED

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CRIMINAL DOCKET FOR CASE #: 2:17−mj−07209−BSB All Defendants

| | |
|---|---|
| Case title: USA v. Green<br>Other court case number: 16−cr−00054−WJM District of Colorado | Date Filed: 04/13/2017<br>Date Terminated: 04/13/2017 |

Assigned to: Magistrate Judge Bridget S Bade

**Defendant (1)**

| | | |
|---|---|---|
| **Marcelle Green**<br>73127−408<br>*TERMINATED: 04/13/2017* | represented by | **Jeffrey Allen Williams**<br>Federal Public Defenders Office − Phoenix<br>850 W Adams St., Ste. 201<br>Phoenix, AZ 85007<br>602−382−2700<br>Fax: 602−382−2800<br>Email: jeffrey_williams@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| (1) 18:286 – Conspiracy to Defraud the Government with Respect to Claims (2–8) Aiding and Abetting Mail Fraud | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Krista Jane Wood**<br>US Attorneys Office − Phoenix, AZ<br>2 Renaissance Square<br>40 N Central Ave., Ste. 1200<br>Phoenix, AZ 85004−4408<br>602−514−7500<br>Email: Krista.Wood@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/13/2017 | 1 | Arrest (Rule 40) of Marcelle Green. (MJF) (Entered: 04/13/2017) |
| 04/13/2017 | 3 | MINUTE ENTRY for proceedings held before Magistrate Judge Bridget S. Bade: Initial Appearance in Rule 5(c)(3) Proceedings as to Marcelle Green held on 4/13/2017. FINANCIAL AFFIDAVIT TAKEN. Appointing AFPD Jeffrey Allen Williams on behalf of defendant. Waiver of Rule 5 and 5.1 Hearings form filed in open court. Defendant waives her right to an Identity Hearing. The Government is not seeking pretrial detention. Defendant is ordered released with conditions. Defendant is ordered to appear on 04/27/2017 at 10:00 AM in the District of Colorado. Separate order to issue.<br><br>**Appearances**: AUSA Krista Wood for the Government, AFPD Jeffrey Williams for defendant. Defendant is present and in custody. (Recorded by COURTSMART.) Hearing held 3:16 PM to 3:24 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (ESL) (Entered: 04/13/2017) |
| 04/13/2017 | 5 | WAIVER of Rule 5 and 5.1 Hearings by Marcelle Green. (MRH) (Entered: 04/13/2017) |
| 04/13/2017 | 6 | ORDER Setting Conditions of Release as to Marcelle Green. Signed by Magistrate Judge Bridget S. Bade on 4/13/2017. (MRH) (Entered: 04/13/2017) |
| 04/13/2017 | 7 | ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING as to Marcelle Green. Defendant ORDERED to appear in the District of Colorado on **4/27/2017 at 10:00 AM** in Courtroom A−401 before Magistrate Judge Kristin L. Mix, US District Court, 901 19th Street, Denver, CO 80294. Signed by Magistrate Judge Bridget S. Bade on 4/13/2017. (MRH) (Entered: 04/13/2017) |
| 04/13/2017 | 8 | Notice to District of Colorado (Denver) of a Rule 5 or Rule 32 Initial Appearance as to Marcelle Green. Your case number is: 1:16−cr−00054−WJM. Please use PACER Court Links to access the public docket and documents. Any necessary sealed or ex parte documents will be sent in a separate e−mail.<br><br>*(If you wish to designate a different email address for future transfers, please send your request to the national list host at InterdistrictTransfer_TXND@txnd.uscourts.gov.)* (MRH) (Entered: 04/13/2017) |