IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. TRAMMEL THOMAS, and
**2. MARCELLE GREEN,**

      Defendants.

---

## NOTICE OF ENTRY OF APPEARANCE

---

**COMES NOW** Jeralyn E. Merritt, duly licensed to practice law in the State and District of Colorado, and hereby enters her appearance on behalf of Defendant **Marcelle Green** in this matter.

Respectfully Submitted,

s/ Jeralyn E. Merritt

_____
JERALYN E. MERRITT, Esq.
600 17th Street, Suite 2800-S
Denver, Colorado 80202
(303) 837-1837 (Phone)
(720) 904-9197 (Fax)
Jeralynm@gmail.com (email)
Attorney for Marcelle Green

### CERTIFICATE OF SERVICE (CM/ECF)

**I HEREBY CERTIFY** that I have this 28th day of April, 2017 electronically filed the foregoing **Notice of Entry of Appearance** with the Clerk of Court using the ECF system which will send notification of such filing to the following email addresses:

1

AUSA Martha A. Paluch, martha.paluch@usdoj.gov

AUSA Beth Gibson, beth.gibson@usdoj.gov

and any other counsel of record.

s/ Jeralyn E. Merritt

_____