IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**4.  MARCELLE GREEN,**

    Defendants.

_____

**UNOPPOSED MOTION TO AMEND MOTION VACATE CURRENT DEADLINES AND COURT DATES, AND TO EXCLUDE 90 DAYS FROM SPEEDY TRIAL ACT CALCULATIONS (Doc. 147)**

_____

    **COMES NOW** Defendant **MARCELLE GREEN**, by and through her attorney, Jeralyn E. Merritt, and hereby submits the following Unopposed Motion to Amend her previously filed *Motion to Vacate Current Deadlines and Court Dates, and to Exclude 90 Days From Speedy Trial Calculations* (Doc. 147), to request that the Court exclude 190 days rather than 90 days from Speedy Trial Act deadlines, **AND AS GROUNDS THEREFOR**, states as follows:

    1.  AUSA Martha Paluch, counsel for the Government, and Daniel Smith, counsel for co-defendant Trammel Thomas, have advised undersigned counsel they do not object to the relief sought herein.

    2.  Ms. Marcelle Green has been consulted on the within motion and does not object to the relief sought herein.

    3.  On May 8, 2017, Ms. Green filed an *Unopposed Motion to Vacate Current Deadlines and Court Dates, and to Exclude 90 Days From Speedy Trial Calculations*

(Doc. 147).

4. Over the past week, Counsel has been able to further review the nature and extent of the discovery, which consists of 33,000 pages. After consulting with AUSA Paluch and Daniel Smith, counsel for co-defendant Thomas, on May 12, 2017, all three counsel are in agreement that a significant amount of additional time is necessary to adequately review the discovery, litigate pretrial issues, and prepare for trial. They estimate that the parties can be prepared for trial in late-November, 2017. This would require an exclusion of 190 days from May 15, 2017, which the parties believe is the date through which co-defendant Trammel Thomas' Speedy Trial Act limit is presently tolled.

5. Ms. Green thus requests the Court grant her leave to amend her previously filed *Motion to Vacate Current Deadlines and Court Dates, and to Exclude 90 Days From Speedy Trial Calculations* (Doc. 147) so that she may request the Court to exclude 190 days rather than 90 days from present Speedy Trial Act limits.

6. A copy of the Amended Motion is being filed contemporaneously herewith. Ms. Green incorporates herein the facts and legal grounds contained in her Amended Motion.

**WHEREFORE**, Ms. Green requests that this Court grant her leave to Amend her previously filed Motion, and for such other and further relief as to the Court seems just and proper in the premises.

Respectfully Submitted,

s/ Jeralyn E. Merritt

_____
Jeralyn E. Merritt, Esq.
600 17th Street, Suite 2800-South
Denver, Colorado 80202
(303) 837-1837 (Phone)
(720) 904-9197(Fax)
Jeralynm@gmail.com (e-mail)
Attorney for Marcelle Green

## CERTIFICATE OF SERVICE

I hereby certify on May 14, 2017, I electronically filed the foregoing **Motion** with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

AUSA Martha A. Paluch, martha.paluch@usdoj.gov
AUSA Beth Gibson, beth.gibson@usdoj.gov
Daniel Smith, Esq.   danieltsmith@qwestoffice.net

and all other counsel of record.

I further certify that on May 14, 2017, I served a true and correct copy of the above motion on Marcelle Green by depositing same in the U.S. mail, postage prepaid, addressed to her at her residence in Phoenix, Arizona. I have also provided her with a copy of the above motion electronically, with her consent, through a secure case management program.

s/ Jeralyn E. Merritt

_____