IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00054-WJM-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**4. MARCELLE GREEN,**

    Defendant.

---

## NOTICE OF DISPOSITION

---

    **COMES NOW** Defendant **Marcelle Green**, by and through her attorney, Jeralyn E. Merritt, and hereby notifies the Court that the parties have reached a disposition in this matter.

    Defendant requests that the matter be set for a change of plea hearing.

    Counsel anticipates that she and the Government will require two weeks from today's date to finalize the change of plea documents, mostly because Ms Green resides in Arizona, and review and revisions to documents take longer when communications are solely via telephone and email.   In addition, Ms. Green has been declared indigent and she will likely be able to obtain a lower airfare with 14 days advance notice.

    Defendant requests the Court to either schedule a change of plea hearing at its convenience any time after September 27, 2017, or direct the parties to jointly contact Chambers to schedule a change of plea hearing.

Dated this 12th day of September, 2017.

    Respectfully Submitted,

    s/ Jeralyn E. Merritt
    _____
    JERALYN E. MERRITT, Esq.
    600 17th Street, Suite 2800-S
    Denver, Colorado 80202
    (303) 837-1837 (Phone)
    (720) 904-9197 (Fax)
    Jeralynm@gmail.com (e-mail)
    Attorney for Marcelle Green

## CERTIFICATE OF SERVICE (CM/ECF)

**I HEREBY CERTIFY** that I have this 12th day of September, 2017 electronically filed the foregoing Notice with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail addresses:

    AUSA Martha Paluch, martha.paluch@usdoj.gov
    AUSA Bryan Fields, bryan.fields3@usdoj.gov

and to all other counsel of record.

    s/ Jeralyn E. Merritt
    _____