UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Case No. 16-cr-00054-WJM-04

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**4. MARCELLE GREEN,**

      Defendant.

---

### UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING

---

**COMES NOW** Defendant **Marcelle Green**, by and through her attorney, Jeralyn E. Merritt, and hereby moves the Court for the entry of an Order continuing the Change of Plea hearing in this matter, **AND AS GROUNDS THEREFOR,** states as follows:

1. Assistant U.S. Attorney Martha Paluch has advised undersigned counsel that the Government does not object to the relief sought herein.

2. The Court has scheduled a Change of Plea Hearing for Friday, October 13, 2017 at 2:45 p.m.

3. Defendant resides in Arizona, where she is employed full time in the customer service department of a national business supply company. The company, which also provides emergency preparedness products and services, has been inundated since Hurricane Harvey in Houston. She is at the tail end of a six-month probationary period for new employees, which ends October 16, 2017.  She requested permission to be excused

from work the day of October 13, 2017, but her request was denied. She is concerned

that if she does not appear for work on October 13, 2017, after being denied leave, it will

jeopardize her job.

4.   AUSA Paluch and undersigned counsel are both available on October 17, 18,

and 19, 2017 and the entire week of October 23, 2017. AUSA Pauluch is not available

October 20, 2017. Defendant's employer has proposed she take off October 17, 2017,

however as all dates thereafter are after the conclusion of her probationary period, she is

willing to appear on whatever day is most convenient to the Court, beginning October 17,

2017.

5.   This request is not for purposes of delay. It is necessary so that Defendant

does not jeopardize her job, as she is a single mother supporting herself and two children.

**WHEREFORE**, defendant requests that the Court continue the Change of Plea

Hearing to either October 17, 18 or 19, 2017, or to a date and time convenient to the

Court during the week of October 23, 2017, and for such other or further relief as to the

Court seems just and proper in the premises.

Dated:  September 27, 2017.

Respectfully submitted,

s/ Jeralyn E. Merritt
Jeralyn E. Merritt, Esq.
600 17th St Suite 2800-S
Denver, CO 80202
Telephone:   (303) 837-1837
Fax: (720) 904-9197
Email: jeralynm@gmail.com
Attorney for Marcelle Green

2

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on September 27 2017, I electronically filed the foregoing **Motion** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

AUSA Martha Paluch, martha.paluch@usdoj.gov
AUSA Bryan Fields, bryan.fields3@usdoj.gov

and to all other counsel of record.

I further certify that I have mailed or served the within pleading to the following non CM/ECF participants in the manner (mail, hand-delivery, electronic, etc) indicated by the non-participant's name:

Marcelle Green, by electronic service.

s/ Jeralyn E. Merritt
Jeralyn E. Merritt

3