IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| Courtroom Deputy: Deborah Hansen | Date: October 17, 2017 |
| Court Reporter: Darlene Martinez | Time: 42 minutes |

_____

Criminal Action No. 16-cr-00054-WJM          <u>Counsel:</u>

UNITED STATES OF AMERICA,                    Martha Paluch
                                             Bryan Fields
     Plaintiff,

v.

4.  MARCELLE GREEN,                          Jeralyn Merritt

     Defendant.

_____

## AMENDED COURTROOM MINUTES
_____

CHANGE OF PLEA HEARING

10:18 a.m.     Court in Session

Appearances

Defendant is present and on bond.

Oath administered to defendant.

Defendant advised of maximum penalties.

Ms. Merritt states for the record the extent and scope of the limited waiver of the defendant's appeal and collateral challenge rights contained in the Plea Agreement.

Colloquy between the Court and the defendant

The defendant confirms that she understands and agrees to the limitations contained in the Plea Agreement and her right to appeal the sentence the Court will impose.

Defendant's right to trial to jury and other constitutional rights explained.

Count 1 of the Superseding Indictment read to the defendant.

Defendant pleads guilty to Count 1 of the Superseding Indictment.

**ORDERED:** Court Exhibit 1 - Plea *Agreement;* Court Exhibit 2 - Statement by Defendant in Advance of Plea of Guilty are RECEIVED into evidence.

**ORDERED:** Defendant's plea of guilty is ACCEPTED.

**ORDERED:** The U.S. Probation Office shall prepare a Presentence Investigation Report and Sentencing Statement. In accordance with this Court's Revised Practice Standards, all motions for a sentencing departure, for a statutory variant sentence outside the advisory guideline range, for a change in offense level, to dismiss counts or the indictment, or for acceptance of responsibility, MUST be filed no later than 14 days prior to the date of the sentencing hearing. Responses to such motions must be filed at least 7 days prior to the date of the sentencing hearing. Sentencing-related filings not in compliance with these deadlines may result in a continuance of the sentencing hearing.

**ORDERED:** Sentencing is set for **Thursday, January 18, 2018 at 10:00 a.m.**

**ORDERED:** All hearings and settings in this case other than the Sentencing date are hereby VACATED.   Any pending motions are hereby DENIED as moot.

**ORDERED:** Defendant's bond is continued.

11:00 a.m.   Court in Recess
             Hearing Concluded