IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00054-WJM-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**4. MARCELLE GREEN,**

    Defendant.

---

## UNOPPOSED MOTION TO CONTINUE SENTENCING

---

    **COMES NOW** Defendant **Marcelle Green**, by and through her attorney, Jeralyn E. Merritt, and hereby submits the following Motion to Continue Sentencing, or alternatively grant other relief as specified below, **AND AS GROUNDS THEREFOR**, states as follows:

    1. AUSA Martha Paluch has advised undersigned counsel that the Government does not oppose either the continuance requested herein, or the alternative relief described below.

    2. Defendant Marcelle Green is scheduled to be sentenced on January 18, 2018. She resides in Arizona and has been in full compliance with her bond conditions in this case. She has also attended every court appearance at which her presence was requested.

    3. Ms. Green was the last of four defendants indicted in this case. (Doc. 131, 4/7/2017.) Ms. Green made her first appearance before the Court on April 28, 2017, at

which time she was appointed counsel. (Doc. 139, 140).

4. On May 15, 2016, the Court granted Ms. Green's unopposed motion to exclude 180 days from the Speedy Trial Act. (Doc. 153).

5. On November 12, 2017, Ms. Carr filed a Notice of Disposition (Doc. 167). On October 13, 2017, Ms. Green tendered a plea of guilty to Count One of the Superseding Indictment, charging a violation of 18 U.S.C. § 386, Conspiracy to Defraud the Government with Respect to Claims.

6. As a result of Ms. Green's cooperation and testimony at the trial of a co-defendant, the Government has filed a very generous motion for departure from the United States Sentencing Guideline, of which she's very appreciative. However, she still intends to file a modest motion seeking a non-guideline sentence.

7. Ms. Greene seeks a four-month continuance of her sentencing hearing, until early May, 2018 for the following compelling reason. She has been unable to find someone to take in her children until June 1, 2018.

8. Ms. Green has never been married. She is a single parent of three sons, each born of different fathers, who never had a presence in their lives. After a difficult early childhood, Ms. Green gave birth to her first son at the age of 14. He was conceived as the result of a rape that occurred at her aunt's house where both were living. The fathers of her second and third sons are in prison. She has raised all three sons on her own and been the only person to provide for them.

9. Her oldest son will graduate from pilot school at Cochise College in Douglas,

Arizona the last week in May. He already has a job lined up. Her middle son will graduate high school the last week in May. He will start college in the fall, and has an athletic scholarship. Her youngest son is in his junior year in high school with his senior year still ahead of him.

10.  Ms. Green has always known she would go to prison because of her crimes in this case. She is not trying to avoid that. But this case has proceeded on a very fast track, given the early trial of co-defendant Thomas. Ms. Green still has her job and her apartment, but she has not been able to find a relative who can care for either of her two younger sons.

11.  If her sentencing is delayed until May, 2018, Ms. Green 's oldest son, who immediately starts his pilot's job upon graduation in late May, can get an apartment suitable to house all three brothers. The middle brother, who is graduating from high school in May, only requires a place to live for the summer, until he begins college. The youngest son can live with his oldest brother for his entire senior year, after which, he too hopefully will go on to college.

12.  Ms. Green does not want to see her younger sons, who have so much promise, be turned over to social services because they will be homeless for the period of February to May, 2018. Ms. Green still has her job, and can keep her apartment until the end of May (but not thereafter.)

13.  In addition, Ms. Green's sons, who are understandably upset at their mom's relatively recent disclosure she will have to leave them for a few years, will be

devastated if the four of them do not attend the two graduation ceremonies in May as a family. Ms. Green has put her heart and soul into raising these children, and teaching them the importance of getting an education. In the last several years, she went back to school to obtain a college degree, taking out (legitimate) loans to do so. Aside from her poor decisions in this case and earlier criminal episodes, she has tried to lead by example. She does not want her sons to abandon their educational dreams or become bitter, which she fears will occur if she misses their graduations and the younger two go to foster care.

      14. As further grounds for a continuance of the sentencing hearing, Counsel has been unable to timely file a Response to the Government's Objections to Presentence Report (regarding the application of the minor role reduction) or a Motion for Variance, notwithstanding working through both the Christmas and New Year's holidays, due to pressing obligations in another CJA case which is set for a full day sentencing hearing on January 19, 2018, the day after Ms. Green's sentencing. (U.S. v. Rubio-Sepulveda, 14-cr-0144-CMA.) Her client in that case has been in detention for more than three years. He does not speak or read English. His presentence report arrived within hours of Ms. Green's report, on December 15, 2017.

      15. Since December 22, 2017, counsel has spent approximately 13 hours (not including travel time) with her client and interpreters in Case No. 14-cr-0144-CMA at his detention facility, reviewing the presentence report and planned objections. Drafting the Objections took several days longer than anticipated (he plead without a plea

4

agreement. Probation and the government believe his guideline range is 292 to 360 months, even though his criminal history category is I. His objections to the presentence report were 25 pages in length, reduced from 40, and filed yesterday, January 4, 2018.) While counsel was able to timely submit Ms. Green's Objections to Presentence Report, she has been unable to devote sufficient time to Ms. Green's variance motion to timely file it by January 4, 2018.

     16. Ms. Green's variance motion is significant, because there are two disputed issues regarding the guidelines. The first issue is one the parties anticipated in their plea agreement (whether a minor role reduction is applicable). The second issue is one they did not think was applicable in their plea agreement, but probation believes otherwise (an increase of six levels for two enhancements, one addressing a large number of vulnerable victims and the second addressing a large number (more than 10) victims ). Assuming the Court were to side with the Government on the first issue and Probation on the second, a variance motion is critical because its outcome will determine whether Ms. Green serves up to two years more in prison than contemplated by the plea agreement, notwithstanding the Government's generous motion for reduction on other grounds.

     17. Ms. Green submits the above constitutes good cause for a continuance of her sentencing until early May, 2018. If sentenced in early May, the typical self-surrender time of 30 days will not result in as extreme a hardship to her and her children.

18.  Alternatively, if the Court decides to proceed with sentencing on January 18, 2018, she asks the Court to delay her voluntary surrender to the designated institution until June 1, 2018 so her two youngest children will be assured of a place to live during her incarceration.

19.  Finally, in the event the Court elects to proceed with sentencing on January 18, 2018, Ms. Green requests that she be allowed to file a Response to the Government's Objections to Presentence Report and Motion for Variance on Monday, January 8, 2018. Counsel has worked as expeditiously as possible. Notwithstanding all due diligence, she was unable to timely file these pleadings within the past several days.

**WHEREFORE**, Ms. Green requests the Court to grant her Motion to Continue Sentencing, or alternatively, to delay her voluntary surrender until June 1, 2018, and to allow counsel to file her Motion for Variance and Response to Government's Objections to Presentence Report on Monday, January 8, 2018.

Dated: January 5, 2018.

Respectfully submitted,

s/ Jeralyn E. Merritt
Jeralyn E. Merritt, Esq.
600 17th St Suite 2800-S
Denver, CO 80202
Telephone:   (303) 837-1837
Fax: (720) 904-9197
Email: jeralynm@gmail.com
Attorney for Marcelle Green

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on January 5, 2018, I electronically filed the foregoing **Motion** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

AUSA Martha Paluch, martha.paluch@usdoj.gov
AUSA Bryan Fields, bryan.fields3@usdoj.gov

and to all other counsel of record.

s/ Jeralyn E. Merritt
Jeralyn E. Merritt