IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00054-WJM-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**4. MARCELLE GREEN,**

    Defendant.

---

## MOTION FOR VARIANCE AND SENTENCING STATEMENT

---

    **COMES NOW** Defendant **Marcelle Green**, by and through her attorney, Jeralyn E. Merritt, and hereby submits the following Motion for Variance pursuant to 18 U.S.C. § 3553 (a), USSG § 1B1.1, and *United States v. Booker*, 543 U.S. 220 (2005):

    1.  On February 8, 2016, defendants Heather Carr, Trammel Thomas and Mercedes Diaz were charged in a 29 count Indictment with Conspiracy to Defraud the Government with Respect to Claims, in violation of 18 U.S.C. § 386, Mail Fraud, Wire Fraud and Aggravated Identity Theft. (Doc. 1). The bulk of the charges (Mail and Wire Fraud) were brought only against Carr and Thomas, while the Aggravated Identity Theft charges were brought only against Heather Carr.

    2.  Carr and Diaz entered pleas of guilty. Carr was sentenced to 57 months in

prison. Diaz' sentencing is set for January 19, 2018.[1]

3. On April 11, 2017, a Superseding Indictment was brought against Thomas and Marcelle Green. Both were charged with Conspiracy to Defraud the Government with Respect to Claims, Thomas was also charged with six counts of aiding and abetting mail fraud, in violation of 18 U.S.C. §§ 1341 and 2. Marcelle Green was separately charged with one count of aiding and abetting mail fraud. (Doc. 131.)

4. On October 17, 2017, Marcelle Green pleaded guilty to Count One of the Superseding Indictment, Conspiracy to Defraud the Government with Respect to Claims. Her sentencing is scheduled for January 19, 2018. On December 29, 2017, Ms. Green filed her Objections to Presentence Report (Doc. 263). On January 2, 2018, The Government filed its Objections to [Ms. Green's] Presentence Report (Doc. 266.) On January 8th, 2018, the Court directed Ms. Green to respond to the Government's Objections to Presentence Report by January 15, 2018.

5. Trammel Thomas proceeded to trial and was convicted on November 30, 2017. He is scheduled to be sentenced on April 12, 2018 (Doc. 233). On December 29, 2017, the Government filed a lengthy a lengthy Sentencing Statement as to Trammel Thomas, (Doc. 262.)

---

[1] Both Ms. Diaz and Ms. Green are scheduled to be sentenced on January 19, 2018. Ms. Diaz' Motion for Variance and Objections to Presentence Report are filed under Level 2 Restriction. Thus, Ms. Green has no idea what sentence Probation has recommended for her, or what sentence her counsel or the Government have requested. Ms. Green is aware that the Government agreed to a minor role reduction under USSG 3B.1.1 for Ms. Diaz, but not for Ms. Green. Ms. Green expects to raise this issue in her forthcoming Response to the Government's Objections to Presentence Report and at her sentencing hearing.

6. On January 5, 2018, Ms. Green filed an Unopposed Motion to Continue Sentencing (Doc. 275.) The Court denied the motion the same date, but granted the alternative relief sought in the motion, specifically, that Ms. Green be granted a delayed voluntary surrender date to the designated institution until June 1, 2018. (Doc. 277).

7. Ms. Green has fully accepted responsibility for her criminal conduct in this matter. She has not minimized it. The question is, what sentence will be sufficient to fulfill the purposes of sentencing? She respectfully submits that imposing a sentence less than the guideline range will not minimize the seriousness of the offense, compromise the deterrent value of the punishment or fail to protect the public. It is requested the court impose a sentence below that recommended by the calculations in the presentence report and the Government.

8. Counsel for Ms. Green will expound further on her request for a variance at sentencing. Her grounds are closely related to the issues that have been raised in her Objections to Presentence Report and will be further elucidated in her forthcoming Response to the Govenrment's Objections to Presentence Report.

9. Due to editing and formatting issues that occurred shortly before midnight, which required several attempts to restore the content and formatting of this document (and which were only partially successful) this pleading is being filed thirty minutes past the midnight deadline. Counsel requests the pleading be accepted as timely filed.

**WHEREFORE**, defendant requests that the Court impose a non-guideline sentence, and for such other relief as to the Court seems just and proper in the premises.

3

Respectfully submitted,

s/ Jeralyn E. Merritt

Jeralyn E. Merritt, Esq.
600 17th St Suite 2800-S
Denver, CO 80202
Telephone:   (303) 837-1837
Fax: (720) 904-9197
Email: jeralynm@gmail.com
Attorney for Marcelle Green

**CERTIFICATE OF SERVICE (CM/ECF)**

    I hereby certify that on January 9th, 2018, I electronically filed the foregoing **Motion** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

        AUSA Martha Paluch, martha.paluch@usdoj.gov
        AUSA Bryan Fields, bryan.fields3@usdoj.gov

and to all other counsel of record.

s/ Jeralyn E. Merritt

Jeralyn E. Merritt