IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-0054-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

4. **MARCELLE GREEN,**

        Defendant.
_____

**UNOPPOSED SECOND MOTION TO CONTINUE SENTENCING HEARING**
_____

**COMES NOW** Defendant **Marcelle Green** by and through counsel, Jeralyn E. Merritt, and hereby moves this Court for the entry of an Order continuing the sentencing hearing, **AND AS GROUNDS THEREFOR**, states as follows:

1. AUSA Martha Paluch has advised undersigned counsel that the Government does not object to the relief sought herein.

2. Ms. Green is scheduled to be sentenced on January 18, 2018. Her sentencing motions were due on January 8, 2018 (Doc. 277). A Response to the Government's Objections to Presentence Report is due January 15, 2018 (Doc. 280).

3. This is Ms. Green's second motion to continue her sentencing. The first motion was denied. (Doc. 277). This motion rests on entirely unrelated and unexpected grounds that have nothing to do with Ms. Green.

4. On January 8, 2018, Defendant's counsel was diagnosed with atypical "walking" pneumonia, which counsel understands to be a lung infection and bacterial

form of pneumonia that is resistant to vaccines and many ordinary antibiotics. While less serious than typical pneumonia in that it does not usually result in hospitalization, atypical pneumonia does require home rest and treatment with very strong antibiotics. Counsel's physician has recommended she refrain from court activities during treatment.

     5.  According to *WEB* MD, "walking pneumonia" is contagious for ten days. It spreads through sneezes or coughs in the air, particularly in public or crowded places. It is <u>not</u> preventable by vaccine.[1]  Counsel does not want to put anyone at risk by appearing in court during the treatment period.

     6.  Counsel began taking an especially strong type of two antibiotics on January 8, 2018, which have affected her ability to concentrate.  While editing Ms. Green's sentencing motion during the evening of January 8, 2018, counsel unintentionally altered her document template which resulted in unusual formatting errors in Ms. Green's motion and a substantial loss of material.  She was unable to correct these errors or retrieve the lost material. Ultimately, she reverted to an incomplete, much earlier version of the document and filed a bare-bones motion one-half hour past the deadline of January 8, 2018. (Doc. 282). The Court, while criticizing the late filing,

---

[1]   Accessible at https://www.webmd.com/lung/walking-pneumonia#2-7
Other reputable online medical sources such as the Cleveland Clinic, Mayo Clinic and Center for Disease Control put the incubation period at one to three weeks and recovery time at three to four weeks, during which time the symptoms worsen before getting better.

accepted the motion on January 9, 2018. (Doc.286). Assuming the Court grants the within motion, counsel requests that Ms. Green be granted until 14 days of the new sentencing date within which to supplement her sentencing motion.

7. Counsel will timely file her Response to the Government's Objection to Presentence report by January 15, 2018.

8. Counsel understands the Court, the Government and Ms. Green are significantly affected by this motion. However, it does not result from lack of diligence.[2]

9. For the above reasons, and not for the purpose of delay, Ms. Green requests that her sentencing hearing be continued for approximately three to four weeks, and that she be granted until 14 days of the new sentencing date within which to supplement her sentencing motion.

10. Counsel has provided Ms. Green with a copy of this motion.

**WHEREFORE**, Ms. Green requests the Court grant the relief sought herein, and any other relief the Court deems just and proper in the premises.

---

[2] Counsel has had the two pneumonia vaccines recommended for people in her age group, and the flu vaccine. On December 27, 2017, counsel met with a detained client scheduled to be sentenced by Judge Arguello on January 19, 2018, and an interpreter, for five hours to orally translate his very lengthy presentence report. He had a very bad cold and used a copious amount of tissues through the entire conference. There was no ventilation in the very small visiting room and the door remained closed the entire five hours. However, during two subsequent conferences with him, on December 28, 2017 and January 2, 2018, he appeared to be fine. A few days later, counsel came down with what she assumed was just a cold. As soon as her symptoms became more serious, she made an appointment with her doctor.

Respectfully submitted,

s/ Jeralyn E. Merritt
Jeralyn E. Merritt, Esq.
600 17th St Suite 2800-S
Denver, CO 80202
Telephone:   (303) 837-1837
Fax: (720) 904-9197
Email: jeralynm@gmail.com
Attorney for Marcelle Green

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on January 9, 2018, I electronically filed the foregoing **MOTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

I further certify that I have this 9th day of January, 2018, served a copy of this motion on Ms. Marcell Green by electronic service.

s/ Jeralyn E. Merritt
 Jeralyn E. Merritt