IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: April 11, 2018 |
| Court Reporter:      Mary George | Probation: Melissa Roberts |
| | Time: 1 hour and 16 minutes |

_____

Criminal Action No.   16-cr-00054-WJM                    <u>Counsel:</u>

UNITED STATES OF AMERICA,                                Martha Paluch
                                                         Bryan Fields
　　　　Plaintiff,

v.

4.    MARCELLE GREEN,                                    Jeralyn Merritt

　　　　Defendant.
_____

## COURTROOM MINUTES
_____

SENTENCING HEARING

10:00 a.m.    Court in Session

Appearances of counsel.

Defendant present and on bond.

Sentencing recommendation by Ms. Paluch

Sentencing recommendation by Ms. Merritt

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED: 1.**　　Government's Motion to Dismiss Count with Prejudice [270] is GRANTED. Count 8 of the Superseding Indictment is dismissed.

 **2.** Government's Motion To Grant The Defendant An Additional One-Level Decrease Pursuant To U.S.S.G § 3E1.1(b) [271] is GRANTED.

 **3.** Restricted Motion [269] is GRANTED

 **4.** Defendant's Motion for Variance and Sentencing Statement [282] is DENIED AS WITHDRAWN.

 **5.** Defendant's Unopposed Motion For Downward Departure From Sentencing Guidelines Pursuant To U.S.S.G § 4A1.3 (b) [350] is GRANTED.

 **6.** Defendant's Unopposed Motion To Continue Sentencing [365] was denied pursuant to this Court's Order dated January 10, 2018 at [295].

 Defendant's Motion [365] In The Alternative, To Exclude Consideration Of Recent Filings By Codefendant Trammel Thomas At Defendant Green's Sentencing is GRANTED.

**ORDERED:** Defendant shall be **imprisoned for 31 months** as to Count 1 of the Superseding Indictment.

Restitution is due in the amount of $562,487.85 jointly and severally with the three co-defendants in this case. Interest on the restitution amount is waived.

Upon release from imprisonment, the defendant shall be placed on supervised release for a period of three years.

**ORDERED:** **Standard/Mandatory/Discretionary Conditions of Supervised Release**, as stated on the record, including a $100.00 Special Assessment fee, to be paid immediately.

The Government has no objection to voluntary surrender.

**ORDERED:** **Defendant Marcelle Green, shall surrender at the institution designated by the Bureau of Prisons on June 1st, 2018, at 12:00 noon**. In the interim the defendant's bond is continued and all conditions set forth in the Magistrate Judge's Order Setting Conditions Of Release will continue to apply.

Defendant advised of her right to appeal. Any notice of appeal must be filed within 14 days.

| | |
|---|---|
| 11:16 a.m. | Court in Recess |
| | Hearing concluded |