IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 16-cr-00054-WJM-04

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MARCELLE GREEN,

        Defendant.

## ORDER TO SURRENDER IN LIEU OF TRANSPORTATION BY THE UNITED STATES MARSHAL

IT IS ORDERED that Defendant, Marcelle Green, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender herself by reporting to the Warden, FCI Phoenix Satellite Camp (SCP), Phoenix, Arizona, on June 1, 2018, by 12:00 noon, and will travel at her own expense.

DATED at Denver, Colorado, this 25 day of April, 2018.

BY THE COURT:

WILLIAM J. MARTINEZ
United States District Judge