IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 16-cr-00054-WJM-04

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MARCELLE GREEN,

        Defendant.

---

## AMENDED ORDER TO SURRENDER IN LIEU OF TRANSPORTATION BY THE UNITED STATES MARSHAL

---

        IT IS ORDERED that Defendant, MARCELLE GREEN, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is **re-designated**, and is to surrender herself by reporting to the Warden, FCI Victorville Medium II Satellite Camp (SCP), 13777 Air Expressway Blvd., Victorville, California, on June 1, 2018, by 12:00 noon, and will travel at her own expense.

        DATED at Denver, Colorado, this ___3___ day of May, 2018.

BY THE COURT:

WILLIAM J. MARTINEZ
United States District Judge