May 17th 2018

To whom it may concern:

Hello my name is Tiffany Diehl and I am writing this letter to the courts today because I am going to be responsible for Marcelle Green's Children and household while she is away at this time I am currently living in Las Vegas, NV I agreed to relocate to Arizona while she is away but I am not able to relocate until July 11th. My transfer from my job is not set to start until July 16th and my lease is not up until July 13th I will be responsible for her children and cannot take care of both households being in Vegas. Please take this letter into consideration.

If you have any additional questions please feel free to contact me

602-900-1455

Thank you,