**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 16-cr-054-WJM-4

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**4.   MARCELLE GREEN**,

    Defendant.

---

**ORDER GRANTING DEFENDANT'S
AMENDED MOTION TO EXTEND SURRENDER DATE**

---

This matter comes before the Court on the Defendant's Amended Motion to Extend Surrender Date (ECF No. 417). The Court, having reviewed the Motion, ORDERS as follows:

The Defendant's Motion is GRANTED for good cause shown. The Defendant's date to surrender to her designated institution is extended to **July 13, 2018.**

The Defendant and her counsel are advised that **NO FURTHER EXTENSIONS OF DEFENDANT'S SURRENDER DATE WILL BE GRANTED.**

Dated this 29th day of May, 2018.

                                    BY THE COURT:

                                    _____
                                    William J. Martinez
                                    United States District Judge