# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:16-cr-00054-WJM

UNITED STATES OF AMERICA,

    Plaintiff,
v.

4. MARCELLE GREEN,

    Defendant.
_____

## GOVERNMENT'S MOTION TO QUASH ARREST WARRANT
_____

The government, through undersigned counsel, moves to quash the arrest warrant issued for Marcelle Green.  Ms. Green was required, by July 13, 2016, to self-surrender to the Victorville Medium SCP to begin serving her sentence.  On July 16, 2018, Ms. Green had yet to self-surrender, which prompted U.S. Probation to request that the Court issue an arrest warrant.  On July 18, 2018, however, U.S. Probation was able to confirm that Ms. Green was in custody at the Victorville facility.

As such, the arrest warrant is no longer necessary and the government respectfully moves to quash the arrest warrant.

    Respectfully submitted,

    ROBERT C. TROYER
    United States Attorney

    By: *s/ Martha Paluch*
    MARTHA PALUCH
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600

Denver, CO 80202
Telephone: (303) 454-0100
Fax: (303) 454-0405
E-mail: Martha.Paluch@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

*s/Martha Paluch*
MARTHA PALUCH
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
Fax: (303) 454-0405
E-mail: Martha.Paluch@usdoj.gov