IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. MARCELLE GREEN,

    Defendant.

---

## ORDER QUASHING ARREST WARRANT

---

Upon the Motion of the government, the Arrest Warrant [ECF #430] in this matter is quashed.

DATED this _____ day of July, 2018.

                                                _____
                                                WILLIAM J. MARTINEZ
                                                UNITED STATES DISTRICT COURT JUDGE
                                                DISTRICT OF COLORADO