**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 16-cr-054-WJM-4

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.    MARCELLE GREEN,

    Defendant.

## ORDER QUASHING ARREST WARRANT

This matter comes before the Court on the Government's Motion to Quash Arrest Warrant (ECF No. 433). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Arrest Warrant (ECF No. 430) in this matter is quashed. It is FURTHER ORDERED that the Petition for Warrant on Defendant on Pretrial Release (ECF No. 428) is DENIED as MOOT.

Dated this 24th day of July, 2018.

BY THE COURT:

_____
William J. Martínez
United States District Judge