CO-PROB12B
(Revised 5/14-D/CO)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

U.S.A. vs. MARCELLE GREEN                                    DKT. NO. 1:16CR00054-4

## PETITION TO MODIFY CONDITIONS OF SUPERVISED RELEASE

COMES NOW, Jason Cohen, United States Probation Officer, presenting an official report upon the conduct and attitude of defendant Marcelle Green, who was placed on supervision by the Honorable William J. Martinez, sitting in the United States District Court in Denver, Colorado, on April 11, 2018.  The defendant was sentenced to 31 months imprisonment and three-years supervised release for an offense of Conspiracy to Defraud the Government in Respect to Claims, in violation of 18 U.S.C. § 286.  The defendant has a projected release date of September 27, 2020.  As noted in the judgment [Document 385], the Court ordered mandatory, special and standard conditions of supervision.  The probation officer is proposing the defendant's conditions of supervised release be modified as set forth herein to better facilitate her requested transfer to the District of Arizona.

## STATEMENT IN SUPPORT OF ACTION/JUSTIFICATION

The defendant has submitted a prerelease plan and relocation request to reside in Phoenix, Arizona.  The U.S. Probation Office in the District of Arizona has investigated the proposed release plan and requested the search condition described below be added to better enable effective supervision given the complex nature of the instant offense.  The proposed modification will increase the likelihood of the District of Arizona accepting supervision.

On March 20, 2020, the defendant executed a form entitled, "Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision," which waives the right to a hearing and agrees to the proposed modification of the conditions of supervision.  Assistant U.S. Attorney Martha A. Paluch was contacted and has no objection to the proposed modification.

## RESPECTFULLY REQUESTING THAT THE COURT WILL ORDER:

Modification of the terms of Supervised Release to include the following special condition:

1. You shall submit your person, property, house, residence, vehicle, papers, or office to a search conducted by a probation officer. Failure to submit to a search may be grounds for revocation of release. You shall warn any other occupants that the premises may be subject to searches pursuant to this condition.

I DECLARE under penalty of perjury that the foregoing is true and correct.

***s/ Jason Cohen***
_____
Jason Cohen
United States Probation Officer
Place:   Grand Junction
Date:    March 30, 2020

***s/ Garret Pfalmer***
_____
Garret C. Pfalmer
Supervisory United States Probation Officer
Place:   Denver
Date:    March 30, 2020