### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:16CR00054-4

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MARCELLE GREEN,

        Defendant.

---

### ORDER REGARDING REQUEST FOR MODIFICATION OF THE CONDITIONS OF SUPERVISION

---

     THIS MATTER is before the Court upon request by the probation officer to modify conditions of supervised release on the above-named defendant.

     HAVING considered the probation officer's petition, the Court:

     ORDERS the defendant's terms of supervision be modified to include the following special condition:

1. You shall submit your person, property, house, residence, vehicle, papers, or office to a search conducted by a probation officer. Failure to submit to a search may be grounds for revocation of release. You shall warn any other occupants that the premises may be subject to searches pursuant to this condition.

     FURTHER ORDERS that all terms and conditions of supervision previously imposed remain in full force and effect.

     DATED at Denver, Colorado, this  30th  day of  March, 2020.

                                BY THE COURT:

                                William J. Martinez
                                United States District Judge