✎ PROB 22
(Rev. 2/88)

**DOCKET NUMBER** *(Tran. Court)*
1:16-cr-00054-WJM-4

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Rec. Court)*
CR-20-50230-PHX-SPL

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Marcelle Green | Colorado | |

NAME OF SENTENCING JUDGE
William J. Martinez

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 09/25/2020 | TO 09/24/2023 |
|---|---|---|

OFFENSE
18 U.S.C. § 286 - Conspiracy to Defraud the Government with Respect to Claims

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Colorado

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Arizona upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

October 14, 2020
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Arizona

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

October 19, 2020
*Effective Date*

*United States District Judge*