# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.  16-cr-00054-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. MARCELLE GREEN,

    Defendant.

_____

## ENTRY OF APPEARANCE
_____

To: The Clerk of Court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for: <u>The United States of America.</u>

DATED at Denver, Colorado this <u>  27th  </u> day of September, 2022.

                    COLE FINEGAN
                    United States Attorney

                    s/ William B. Gillespie
                    **William B. Gillespie**
                    Assistant United States Attorney
                    United States Attorney's Office
                    1801 California Street, Suite 1600
                    Denver, CO 80202
                    Telephone: 303-454-0100
                    E-mail:  William.Gillespie@usdoj.gov
                    Counsel for United States

## CERTIFICATE OF MAILING

I hereby certify that on September 27, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to CM/ECF participants.

In addition, I hereby certify that I have mailed or faxed the document to the following non-CM/ECF participants:

Address of Defendant:

Marcelle Green
Address on File
Tempe, AZ[1]

s/Patricia McGee-Wake
U.S. Attorney's Office

---

[1] Pursuant to Fed. R. Crim. P. 49.1, Defendant's home address has been redacted to the city and state to prevent public disclosure.

2