**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  16-cr-00054-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

4. MARCELLE GREEN,

      Defendant, and

PEPSICO, INC.,

      Garnishee.

_____

**APPLICATION FOR WRIT OF CONTINUING GARNISHMENT**
_____

      Plaintiff, United States of America, applies in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon the judgment entered against Defendant Marcelle Green, SSN ***-**-3528, whose last known address is in Tempe, AZ,[1] in the above cited action in the amount of $562,587.85 ($100.00 Special Assessment and $562,487.85 Restitution).  A balance of $557,977.85  remains outstanding.

---

[1] Pursuant to Fed. R. Crim. P. 49.1, Defendant's social security number has been redacted to the last four digits and Defendant's home address has been redacted to the city and state to prevent public disclosure.  Upon request of the Court, the full social security number and address will be provided in camera.

Demand for payment of the above-stated debt was made upon the Defendant not less than 30 days from the date of this Application and Defendant has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or property to the judgment Defendant, or is in possession of property of the Defendant, and said property is a nonexempt interest of the Defendant.

The name and address of the Garnishee or his authorized agent is:

PepsiCo, Inc.
Attn: Payroll Department
c/o CT Corporation
1209 Orange Street
Wilmington, DE 19801

Respectfully submitted,

COLE FINEGAN
United States Attorney

By:   s/ William B. Gillespie
*William B. Gillespie*
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail: William.Gillespie@usdoj.gov
Attorneys for Plaintiff,
United States of America