# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.  16-cr-00054-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. MARCELLE GREEN,

    Defendant, and

PEPSICO, INC.,

    Garnishee.

---

## WRIT OF CONTINUING GARNISHMENT

---

GREETINGS TO:    Payroll Department of PepsiCo, Inc.
                        c/o CT Corp
                        1209 Orange Street
                        Wilmington, DE 19801

An application for a Writ of Continuing Garnishment against Defendant, Marcelle Green, SSN: \*\*\*-\*\*-3528, has been filed with this Court.  A judgment has been entered against the above-named Defendant in the original amount of $562,587.85 ($100.00 Special Assessment and $562,487.85 Restitution).  The current balance is $557,977.85.

**You are required by law to answer in writing, under oath, within ten (10) days,** whether or not you have in your custody, control or possession, any property owned by the Defendant, including non-exempt disposable earnings.

Please state in the Answer whether or not you anticipate paying the Defendant any future payments and whether such payments are annually, weekly, bi-weekly, or monthly.

You must file the original copy of your written answer to this Writ within **ten (10) days** of your receipt of this Writ with the **Clerk, United States District Court, District of Colorado** located at: 901 19th Street, #A-105, Denver, CO 80294-3589. Additionally, you are required by law to serve a copy of your Answer upon the Defendant in Tempe, AZ,[1] and upon the Government at: United States Attorney's Office, Attn: William B. Gillespie, Financial Litigation Unit, 1801 California Street, Suite 1600, Denver, CO 80202.

Under the law, there is property, **including disposable earnings above 25% per pay period**, which is exempt from this Writ of Garnishment. Property which is exempt, and which is not subject to this order, is listed on the attached Claim for Exemption Form. **Any non-exempt disposable earnings are to be withheld at the rate of (1) 25% of the total of said non-exempt disposable earnings; or (2) all amounts of Defendant's disposable earnings in excess of thirty times the federal minimum hourly wage, whichever is less**, pursuant to the Federal Consumer Credit Protection Act of 1968, 15 U.S.C. § 1673.

---

[1] Pursuant to Fed. R. Crim. P. 49.1, Defendant's home address has been redacted to the city and state to prevent public disclosure. Defendant's full last known address is on file with the U.S. Attorney's Office.

2

Pursuant to 15 U.S.C. § 1674, Garnishee is prohibited from discharging the defendant from employment by reason of the fact that his earnings have been subject to garnishment for any one indebtedness.

**You are required to withhold and retain any property in which the Defendant has a substantial non-exempt interest. You must continue to withhold and retain any of the Defendant's property that are due or may become due, that comes into your possession until the debt is paid in full.**

If you fail to answer this Writ or withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court to explain your reason for not doing so. If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment against you for the value of the Defendant's non-exempt property. **It is unlawful to pay or deliver to the Defendant any item attached by this Writ.**

JEFFREY P. COLWELL, Clerk
United States District Court

_____       By:   _____
Date                         Deputy Clerk

INSTRUCTIONS TO THE GARNISHEE

TO:   PepsiCo, Inc.

Attached is a Writ of Continuing Garnishment requesting that you determine whether or not you have in your possession, custody or control any of the property of the Defendant. You are required by law to serve a written answer to this Writ within 10 days of your receipt of this Writ. You are further required to withhold and retain any property, **including 25% of disposable earnings,** in which the Defendant has a substantial non-exempt interest. A list of exemptions which are not subject to the Writ of Garnishment, entitled "Claim for Exemption Form," is attached to the Writ.

**IF YOU FAIL TO ANSWER THIS WRIT OR TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT, THE COURT MAY MAKE YOU LIABLE FOR THAT AMOUNT OF THE DEFENDANT'S NON-EXEMPT PROPERTY WHICH YOU FAILED TO WITHHOLD. ADDITIONALLY, YOU MAY BE HELD LIABLE FOR A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES AMERICA IF THE UNITED STATES FILES A PETITION TO THE COURT REQUESTING AN EXPLANATION FOR YOUR FAILURE TO COMPLY WITH THIS WRIT.**

**Pursuant to 28 U.S.C. § 3205(c)(10), Federal Debt Collection Procedures Act of 1990, this Writ is continuous until paid in full or Defendant ceases employment with the Garnishee.**

If you have any additional questions, please contact Sarah Leffler or Assistant United States Attorney William Gillespie, at 303-454-0100, or by mail to: United States Attorney's Office, Attn: William B. Gillespie, Financial Litigation Unit, 1801 California Street, Suite 1600, Denver, CO 80202.