```
                                            F I L E D
                                      UNITED STATES DISTRICT COURT
                                          DENVER, COLORADO

                                            NOV -7 2022
```

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

*80313886       JEFFREY P. COLWELL
                        CLERK

Criminal Case No. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. MARCELLE GREEN,

    Defendant, and

PEPSICO, INC.,

    Garnishee.

---

### ANSWER OF THE GARNISHEE

---

YOUR AFFIANT, __Alight Solutions Garnishment Department__, BEING DULY SWORN
                                (Name)
DEPOSES AND SAYS:

    **IF GARNISHEE IS AN INDIVIDUAL:** Garnishee herein is doing business in the name of __PepsiCo, Inc., c/o CT Corp, 1209 Orange St., Wilmington, DE 19801__.
                (State full name and address of business)

    **IF GARNISHEE IS A PARTNERSHIP:** The names of the partners in the partnership are _____. The official title of the person completing this Answer is _____.

    **IF GARNISHEE IS A CORPORATION:** The corporation is organized under the laws of the State of __Colorado__. The official title of the person completing this Answer is __Alight Solutions Garnishment__ Department

Page 3

On ___09/28/, 2022___, Garnishee was served with the Writ of Continuing Garnishment for the pay period in effect on the date of service shown above.

Further, Affiant-Garnishee states as follows:

1. Defendant was/is in my/our employ. ☑ Yes   ☐ No
2. Pay period is ☐ weekly; ☑ bi-weekly; ☐ semi-monthly; ☐ monthly.

Enter date the present pay period began ___10-02-2022___. (Present means the pay period in which this Writ of Garnishment was served.) Enter date the above pay period ends ___10-15-2022___.

3. Enter amount of net wages. Calculate below:    as per paycheck dated 10-14-2022

| | |
|---|---|
| (a) Gross pay | $ 2500.00 |
| (b) Federal Income Tax | $ 172.97 |
| (c) F.I.C.A. Income Tax | $ 177.89 |
| (d) State Income Tax | $ 18.00 |
| (e) State Statutory Withholding | $ 0.00 |
| Total of tax withholdings | $ 368.86 |
| Net Wages (a) less total of (b), (c), (d) and (e) | $ 1231.14 |

4. Are there any current garnishments in effect? ___n/a___

(If the answer is yes, describe below):

| Description | Amount/Percentage | Balance |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

Page 4

5. The Garnishee has custody, control or possession of the following property (non-earnings) in which the Defendant maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Defendant's Interest in Property |
|---|---|---|
| 1. N/A | N/A | N/A |
| 2. | | |
| 3. | | |
| 4. | | |

6. Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $ | |
| 2. $ | |
| 3. $ | |
| 4. $ | |

7. Check the applicable box below <u>only if</u> you deny that you hold property (including wages) subject to this order of garnishment.

☑ The Garnishee makes the following claim of exemption on the part of Defendant:

☐ Or has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:

☐ The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, and that the Garnishee did not have in his/her possession

Page 5

or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

The Garnishee mailed a copy of this Answer by first-class mail to: (1) the Defendant in Tempe, AZ and (2) the attorney for the plaintiff, United States Attorney's Office, Attn: William B. Gillespie, Financial Litigation Unit, 1801 California Street, Suite 1600, Denver, CO 80202.

_____
Signature of Garnishee &amp; Telephone #

866·494·5512
_____
Address of Garnishee

Subscribed and sworn to before me this

3 day of Nov 20 22.

_____
Notary Public
(Seal)

My Commission expires: 11·2·24

Page 6



ALIGHT SOLUTIONS
PO Box 1495
Lincolnshire, IL 60069-1495

November 01, 2022

CLERK, UNITED STATE DIST CRT
901 19 TH STREET # A-105
DENVER, CO  80294-3589

To Whom It May Concern:

Re: MARCELLE GREEN / Case # 16-cr-00054-WJM

The enclosed correspondence is being sent to your office in response to documentation received by Alight Solutions, LLC.

We process wage withholding orders and levies on behalf of PepsiCo, Inc.. If you need assistance or have additional questions, please reach out via 866-494-5512.

Please mail any additional information to PepsiCo, Inc., c/o CT Corp, 1209 Orange St., Wilmington, DE 19801.

Sincerely,

Alight Solutions, LLC
Garnishment Shared Service Team
Enclosures

Page 1

