

ALIGHT SOLUTIONS
PO Box 1495
Lincolnshire, IL 60069-1495

November 03, 2022

 A000274

CLERK, UNITED STATE DIST CRT
901 19 TH STREET # A-105
DENVER, CO 80294-3589

To Whom It May Concern:

Re: MARCELLE GREEN / Case # 16-cr-00054-WJM

The enclosed correspondence is being sent to your office in response to documentation received by Alight Solutions, LLC.

We process wage withholding orders and levies on behalf of PepsiCo, Inc.. If you need assistance or have additional questions, please reach out via 866-494-5512.

Please mail any additional information to PepsiCo, Inc., c/o CT Corp, 1209 Orange St., Wilmington, DE 19801.

Sincerely,

Alight Solutions, LLC
Garnishment Shared Service Team
Enclosures



080313886 09990-A000274

EE # 80313886

## STATE OF COLORADO

### DENVER COURT, DENVER COUNTY, COLORADO

**CASE NO.** 16-cr-00054-WJM        **DIV./CT .RM:**

**JUDGMENT DEBTOR'S NAME:**        MARCELLE GREEN

## CALCULATION OF THE AMOUNT OF EXEMPT EARNINGS WORKSHEET

| PLAINTIFF(S): | DEFENDANT(S): |
|---|---|
| AGARNHOLD | MARCELLE GREEN |

| | | |
|---|---|---|
| Gross Pay for _10/16/2022 thru 10/29/2022 | $ | 2,500.00 |
| Less Deductions Required by Law | $ | 368.86 |
| Disposable Earnings | $ | 2,131.14 |
| Less Statutory Exemption | $ | 1,598.36 |
| Net Amount Subject to Garnishment | $ | 532.79 |
| Less Wage/Income Assignment (If Any) | $ | 0.00 |
| AMOUNT PAID | $ | 532.78 |

Notes: Funds on Hold

I affirm that I am authorized to act for the Garnishee, the above Calculation is true and correct, and I have delivered a copy of this Calculation to the Judgment Debtor at the time earnings were paid for the above period.

Date: October 28, 2022        Employer: PepsiCo, Inc.
                              Signature: Alight Solutions, LLC Garnishment Department
                              Phone Number: 866-494-5512



080313886 09990-A000274