**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   16-cr-00054-WJM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

4. MARCELLE GREEN,

     Defendant, and

PEPSICO, INC.,

     Garnishee.

## MOTION FOR ENTRY OF GARNISHEE ORDER

     Plaintiff United States of America respectfully moves for entry of a Garnishee Order directed to Pepsico, Inc., Garnishee.  As grounds therefore, the United States advises as follows:

     1.    Upon application of the United States, the Clerk of the Court issued a Writ of Continuing Garnishment, directed to Garnishee, on September 27, 2022 (ECF No. 581).

     2.    As set forth in the attached Declaration of Sarah Leffler, the Writ of Continuing Garnishment and the Application for Writ of Continuing Garnishment were sent to Garnishee by certified mail, and Garnishee received the documents on October 4, 2022.  (Sarah Leffler Declaration, Ex. 1, ¶ 2); (Certified Mail Receipt, Ex. 2).

3. The Application for Writ of Continuing Garnishment, Writ of Continuing Garnishment, and Clerk's Notice of Post-Judgment Garnishment, were mailed to the Defendant by first class mail on October 6, 2022, at Defendant's last known address. (Ex. 1, ¶ 3). These documents notified Defendant of the right to request, within twenty days, a hearing to determine exempt property. (*Id.*).

4. Garnishee filed an answer on November 7, 2022, stating that it had in its possession or under its control personal property belonging to and due Defendant, and that it was indebted to Defendant in the form of wages. (ECF No. 583, 2).

5. Defendant has not filed a request for a hearing. (Ex. 1, ¶ 4).

WHEREFORE, pursuant to 28 U.S.C. § 3205(c)(7), the United States respectfully requests that the Court enter a Garnishee Order directing the Garnishee to pay 25% of Defendant's disposable wages to the United States each pay period, continuing until the judgment debt is paid in full or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By:  s/ William B. Gillespie
**William B. Gillespie**
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail: William.Gillespie@usdoj.gov
Attorneys for Plaintiff
United States of America

CERTIFICATE OF SERVICE

I hereby certify that on December ____, 2022 I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to CM/ECF participants.

In addition, I hereby certify that I have mailed the document to the following non CM/ECF participants:

Garnishee address:

Pepsico, Inc.
c/o CT Corp
1209 Orange Street
Wilmington, DE  19801

Defendant address:

Marcelle Green
Address on File
Tempe, AZ

s/Sarah Leffler
United States Attorney's Office