# USPS Tracking®

FAQs >

**Tracking Number:**

Remove X

# 70141200000114132816

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:11 am on October 4, 2022 in WILMINGTON, DE 19801.

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

WILMINGTON, DE 19801
October 4, 2022, 5:11 am

See All Tracking History

Feedback

**Text & Email Updates**                                    ⌄

**USPS Tracking Plus®**                                     ⌄

**Product Information**                                     ⌄

See Less ⌃

**Track Another Package**

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Feedback