**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Criminal Case No. 16-cr-054-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

4.     MARCELLE GREEN,

      Defendant, and

PEPSICO, INC.,

      Garnishee.

_____

**GARNISHEE ORDER**
_____

This matter is before the Court on the Government's Motion for Entry of Garnishee Order (ECF No. 584).  Upon being duly advised and good cause appearing,

IT IS HEREBY ORDERED that Garnishee, Pepsico, Inc. shall, each pay period, pay 25% of Defendant's disposable wages to the United States and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

Payment Instructions: Checks shall be made payable to Clerk, U.S. District Court and mailed to:

      Clerk, U.S. District Court
      901 19th Street, Suite A-105
      Denver, CO 80294

Please include the following information on each check:

Name of Defendant:        <u>Marcelle Green</u>

Court Number:        <u>16-CR-00054</u>

Dated this 21st day of December, 2022.

BY THE COURT:

_____
William J. Martinez
United States District Judge